Homer L. BRUCE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 23642.

United States Court of Appeals
Fifth Circuit.

Jan. 10, 1967.

Homer L. Bruce, Houston, Tex., for appellant.

Morton L. Susman, U. S. Atty., Houston, Tex., Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., James R. Gough, Asst. U. S. Atty., Houston, Tex., Melva M. Graney, Thomas L. Stapleton, Attys., Dept. of Justice, Washington, D. C., Woodrow Seals, U. S. Atty., John H. Baumgarten, Asst. U. S. Atty., Houston, Tex., for appellee.

Before TUTTLE, Chief Judge, and AINSWORTH and DYER, Circuit Judges.

PER CURIAM:

We have carefully read the opinion and judgment of the trial court in this case, entered February 10, 1966, D.C., 254 F.Supp. 816. We find that it correctly states the legal principles controlling this suit for refund of taxes by appellant. We, therefore, affirm the judgment of the trial court on the opinion of that court.

Ismael MORALES, Plaintiff-Appellee,

v.

DAMPSKIBS A/S FLINT and Willy Kubon Engen, Defendants-Appellants.

SABRE SHIPPING CORPORATION,
Defendant,

v.

JOHN W. McGRATH CORPORATION,
Third-Party Defendant-Appellee.

No. 284, Docket 30754.

United States Court of Appeals
Second Circuit.

Argued Jan. 11, 1967.

Decided Jan. 11, 1967.

Alvin I. Apfelberg, New York City, for plaintiff-appellee.

William A. Wilson, New York City, for defendants-appellants.

Martin J. McHugh, Joseph F. McGoldrick, James M. Leonard, New York City, for third-party defendant-appellee.

Before WATERMAN, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM:

The judgment below is affirmed in open court on the opinion of the trial judge, D.C., 264 F.Supp. 829, which contains his findings of fact and conclusions of law.